**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ABDELEMJED ADEM MAHMUD #A221-148-019** | **CASE NO. 6:26-CV-01855 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BRIAN PATTERSON ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Abdelemjed Adem Mahmud's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of Pine Prairie ICE Processing Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary; and (B) if Petitioner has family and emergency contacts on record, notify them of the exact location and time of his release no less than two hours before his release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

**THUS DONE AND SIGNED** in Chambers on the 21st day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**